No. 185. JIM DENSON *v.* STATE OF GEORGIA. Error to the Supreme Court of the State of Georgia. Argued March 22, 1922. Decided March 27, 1922. *Per Curiam.* Dismissed for want of jurisdiction. § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. John Randolph Cooper* for plaintiff in error. *Mr. George M. Napier,* with whom *Mr. Seward M. Smith* was on the brief, for defendant in error, submitted.

---

No. 201. CITY OF SAPULPA ET AL. *v.* OKLAHOMA NATURAL GAS COMPANY. Error to the Supreme Court of the State of Oklahoma. Submitted March 24, 1922. Decided March 27, 1922. *Per Curiam.* Dismissed upon the authority of *Hunter* v. *Pittsburgh,* 207 U. S. 161, 178; *Pawhuska* v. *Pawhuska Oil Co.,* 250 U. S. 394; *Kansas City* v. *Public Service Commission of Missouri,* 250 U. S. 652; *Hillsboro* v. *Public Service Commission of Oregon,* point (3), 255 U. S. 562; *Groesbeck* v. *Detroit United Railway,* 257 U. S. 609; *Chicago* v. *Chicago Railways Co.,* 257 U. S. 617; *Avon* v. *Detroit United Railway,* 257 U. S. 618; *Edgewood* v. *Wilkinsburg & East Pittsburgh Street Ry. Co., ante,* 604. *Mr. James F. Lawrence, Mr. Van H. Albertson* and *Mr. T. L. Blakemore* for plaintiffs in error. *Mr. D. A. Richardson, Mr. C. B. Ames, Mr. Russell G. Lowe, Mr. T. G. Chambers* and *Mr. B. A. Ames* for defendant in error.